

Sean O'Brien, Public Defender, Kansas City, for appellant.

William L. Webster, Atty. Gen., L. Timothy Wilson, Asst. Atty. Gen., Jefferson City, for respondent.

Before KENNEDY, C.J., and CLARK and BERREY, JJ.

### ORDER

PER CURIAM.

Appeal from denial of Rule 27.26 motion for post-conviction relief.

Affirmed. Rule 84.16(b).

### ORDER

PER CURIAM.

Appeal from denial, after evidentiary hearing, of Rule 27.26 motion for post-conviction relief.

Judgment affirmed. Rule 84.16(b).

---

**Mahlon H. and Pearl J. BELISLE, Respondents,**

v.

**John MICELI, Appellant.**

**No. WD 40134.**

Missouri Court of Appeals, Western District.

Aug. 9, 1988.

Motion for Rehearing and/or Transfer to Supreme Court Denied Oct. 4, 1988.

---

**Squire LOGAN, III, Appellant,**

v.

**STATE of Missouri, Respondent.**

**No. WD 40035.**

Missouri Court of Appeals, Western District.

Aug. 9, 1988.

Motion for Rehearing and/or Transfer to Supreme Court Denied Oct. 4, 1988.

Joseph H. Locascio, Public Defender, Kansas City, for appellant.

Philip M. Koppe, Asst. Atty. Gen., Kansas City, for respondent.

Before CLARK, P.J., and LOWENSTEIN and FENNER, JJ.

